```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE SOUTHERN DISTRICT OF OHIO
                          EASTERN DIVISION
```

**UNITED STATES OF AMERICA**

    vs.　　　　　　　　　　　　　Criminal Action 2:20-cr-105
　　　　　　　　　　　　　　　　　MAGISTRATE JUDGE KING

**DONALD L. HAWKINS, JR.**

<u>ORDER</u>

Defendant's unopposed motion to amend the oral judgment pronounced in this case on February 3, 2021, ECF No. 18, is **GRANTED**. The judgment orally pronounced in this case is **AMENDED** to provide that defendant must pay restitution at the rate of $100.00 per month. The written judgment will reflect this amendment.

    **IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　*s/ Norah McCann King*
　　　　　　　　　　　　　　　　　Norah McCann King
　　　　　　　　　　　　　　　　　United States Magistrate Judge

**DATED: February 4, 2021**